UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SMITH-EMERY COMPANY, a California corporation,<br><br>　　　　　Defendant. | CASE NO.: CV09-1476-CAS(VBKx)<br><br>ASSIGNED TO THE HONORABLE CHRISTINA A. SNYDER<br><br>**JUDGMENT** |

    The above-captioned case came on regularly for trial in December 2012 before the Honorable Christina A. Snyder, United States District Judge presiding.  Pursuant to the Findings of Fact and Conclusions of Law issued by the Court on July 5, 2013, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-

1  Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall
2  recover from defendant Smith-Emery Company, a California corporation, the principal
3  amount of $199,591.72, plus attorneys' fees and costs of suit to be determined, together
4  with post-judgment interest thereon at the rate provided by law, until paid in full.

7  DATED: August 30, 2013    _____
                              UNITED STATES DISTRICT COURT JUDGE